AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Microsoft Corporation, a Washington Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | 0:16-cv-61568-Ungaro/Otazo-Reyes |
| Your Shop Online LLC, a Florida limited liability company d/b/a Product.Key-Downloader.com; Sofway USA LLC, a Delaware limited liability company; Robert J. Campbell; Donald Fallon | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert Campbell
2637 E Atlantic Blvd.
# 23808
Pompano Beach, Florida  33062


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss
Carlton Fields Jorden Burt, P.A.
100 SE Second St.
Suite 4200
Miami, Florida  33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts

Date:  Jul 5, 2016

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Microsoft Corporation, a Washington Corporation <br><br> *Plaintiff(s)* <br> v. <br> Your Shop Online LLC, a Florida limited liability company d/b/a Product.Key-Downloader.com; Sofway USA LLC, a Delaware limited liability company; Robert J. Campbell; Donald Fallon <br> *Defendant(s)* | 0:16-cv-61568-Ungaro/Otazo-Reyes |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald Fallon
2501 Antigua Ter Apt. K4
Coconut Creek, Florida  33066-1025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss
Carlton Fields Jorden Burt, P.A.
100 SE Second St.
Suite 4200
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 5, 2016



Steven M. Larimore
Clerk of Court

SUMMONS

s/ S. Reid
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Microsoft Corporation, a Washington Corporation<br><br>*Plaintiff(s)*<br>v.<br>Your Shop Online LLC, a Florida limited liability company d/b/a Product.Key-Downloader.com; Sofway USA LLC, a Delaware limited liability company; Robert J. Campbell; Donald Fallon<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 0:16-cv-61568-Ungaro/Otazo-Reyes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sofway USA LLC
c/o Registered Agent American Incorporators Ltd.
1013 Centre Road Suite 403-A
Wilmington, DE 19805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron S. Weiss
Carlton Fields Jorden Burt, P.A.
100 SE Second St.
Suite 4200
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 5, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Microsoft Corporation, a Washington Corporation<br><br>*Plaintiff(s)*<br>v.<br><br>Your Shop Online LLC, a Florida limited liability company d/b/a Product.Key-Downloader.com; Sofway USA LLC, a Delaware limited liability company; Robert J. Campbell; Donald Fallon<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | 0:16-cv-61568-Ungaro/Otazo-Reyes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Your Shop Online LLC, a Florida limited liability corporation d/b/a
Product.Key-Downloader.com
c/o Registered Agent Robert J. Campbell
2637 E. Atlantic Blvd.
#23808
Pompano Beach, Florida  33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss
Carlton Fields Jorden Burt, P.A.
100 SE Second St.
Suite 4200
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 5, 2016



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ S. Reid*
Deputy Clerk
U.S. District Courts