# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-61568-UU

MICROSOFT CORPORATION, a
Washington corporation,

        **Plaintiff,**

vs.

**YOUR SHOP ONLINE LLC**, a Florida limited
liability company d/b/a PRODUCT.KEY-
DOWNLOADER.COM; SOFWAY, USA LLC,
a Delaware limited liability company;
**ROBERT J. CAMPBELL**, an individual; and
**DONALD FALLON**, an individual,

        **Defendants.**
_____/

## DEFENDANT DONALD FALLON'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant DONALD FALLON ("*Defendant*" or "*Fallon*"), files his Answer and Affirmative Defenses to Plaintiff, MICROSOFT CORPORATION'S ("*Microsoft*" or "*Plaintiff*"), Complaint as follows:

1. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

2. This paragraph does not contain allegations as to Fallon, therefore denied.

3. This paragraph does not contain allegations as to Fallon, therefore denied.

4. This paragraph does not contain allegations as to Fallon, therefore denied.

5. Admitted that Fallon is a partial owner of YOUR SHOP ONLINE LLC and SOFWAY USA LLC.  The remaining allegations of this paragraph are denied.

6. Denied.

## JURISDICTION

7. Denied.

8. Denied.

## VENUE

9. Denied

## FACTS COMMON TO ALL COUNTS

10. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

11. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same (including all subparts).

12. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same (including all subparts).

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## First Claim
### [Copyright Infringement – 17 U.S.C. § 501, et seq.]

21. Fallon repeats and incorporates by references the entirety of their responses contained in paragraphs 1-20, as if set forth herein.

2

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: (954) 929-1899• Facsimile: (954)922-6662

22. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

### Second Claim
### [Trademark Infringement – 15 U.S.C. § 1114]

29. Fallon repeats and incorporates by references the entirety of their responses contained in paragraphs 1-20, as if set forth herein.

30. Denied.

31. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

32. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

### Third Claim
### [False Designation Of Origin, False Description And Representation]

42. Fallon repeats and incorporates by references the entirety of their responses contained in paragraphs 1-20, as if set forth herein.

43. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

44. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

45. Fallon lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph of the Complaint, and therefore denies same.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

### Fourth Claim
### [Florida Common Law Unfair Competition]

50. Fallon repeats and incorporates by references the entirety of their responses contained in paragraphs 1-20, as if set forth herein.

51. Denied.

52. Denied.

### Fifth Claim
### [For Imposition Of A Constructive Trust Upon Illegal Profits]

53. Fallon repeats and incorporates by references the entirety of their responses contained in paragraphs 1-20, as if set forth herein.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

### Sixth Claim
### [Accounting]

58. Fallon repeats and incorporates by references the entirety of their responses contained in paragraphs 1-20, as if set forth herein.

59. Denied.

60. Denied.

61. Denied.

### Jury Demand

Fallon demands a trial by jury on all issues so triable.

### Attorneys' Fees

Fallon is entitled to prevailing party attorney's fees and costs pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1117.

### FIRST AFFIRMATIVE DEFENSE
### (First Sale Doctrine)

The "first sale" doctrine bars Plaintiff's claims because once Fallon allegedly purchased Plaintiff's products, Fallon was entitled to lawfully resell those products as a matter of law.

5

ASSOULINE & BERLOWE, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: (954) 929-1899• Facsimile: (954)922-6662

### SECOND AFFIRMATIVE DEFENSE
### (Copyright - Fair Use)

Plaintiff's copyright infringement claims are barred because any use of Plaintiff's works by Fallon is a "fair use" under the Copyright Act.

### THIRD AFFIRMATIVE DEFENSE
### (Trademark - Fair Use)

Plaintiff's trademark infringement claims against Fallon are barred because any use of Plaintiff's works is a "fair use" under the Lanham Act.

### FOURTH AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint fails to state any claims upon which relief can be granted with respect to individual Defendant Fallon. As set forth in the concurrently filed Motion to Dismiss, the Complaint is facially deficient and should be dismissed as to Fallon.

### FIFTH AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Plaintiff's Complaint fails to state any claims upon which relief can be granted as to Fallon because it improperly comingles parties and causes of action. As set forth in the concurrently filed Motion to Dismiss, the Complaint is facially deficient and should be dismissed as to Fallon.

### SIXTH AFFIRMATIVE DEFENSE
### (Non-Infringement)

Plaintiff is not entitled to any relief against Fallon as Fallon did not infringe and has not infringed any of Plaintiff's asserted trademarks and/or copyrights.

## SEVENTH AFFIRMATIVE DEFENSE
### (Limitations on Damages)

Pursuant to 17 U.S.C. § 507, Plaintiff's rights to seek damages against Fallon are limited. Plaintiff is barred from recovering damages for acts occurring more than three years prior to the date of the filing of the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE
### (No Willful Infringement)

Fallon did not willfully infringe upon any of Plaintiff's alleged trademarks and/or copyrights.

## NINTH AFFIRMATIVE DEFENSE
### (Good Faith)

All action taken by Fallon was taken innocently and in good faith and without any malice, evil intent, ill will, bad faith, or improper purpose. Fallon did not at any time intend to copy Plaintiff's products.

## TENTH AFFIRMATIVE DEFENSE
### (No Damages)

Plaintiff's claims are barred because Plaintiff has not suffered any compensable injury as a result of any alleged acts or omissions of Fallon.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Plaintiff has failed to mitigate its damages as required by law.

## TWELFTH AFFIRMATIVE DEFENSE
### (Adequate Remedy at Law)

Plaintiff is not entitled to equitable relief as they have a valid remedy at law. Plaintiff is not entitled to injunctive relief because monetary damages will compensate Plaintiff for its losses, if any exist.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Lack of Confusion)

None of Fallon's alleged actions have caused, or are likely to cause, any consumer confusion or mistake as to the relationship between Plaintiff and Fallon.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Copyright Misuse)

Plaintiff's claims of copyright infringement are barred by the doctrine of copyright misuse due to Plaintiff's attempts to enforce an exclusive right beyond the exclusive right granted by the Copyright Office.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Preemption)

Plaintiff's common law unfair competition claim is preempted as the rights at issue in that claim falls within the subject matter of copyright and are equivalent to the exclusive rights of the Copyright Act.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Laches)

Plaintiff's claims, and its request for injunctive relief, are barred by the doctrine of laches as Plaintiff was aware of Fallon's alleged infringing activities, but waited more than one year to attempt to enforce its rights in this proceeding.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Agreements)

Fallon's alleged use or sale of Microsoft's copyrighted and/or trademarked material is lawful use based on agreements between Microsoft and their past and present customers or distributors.

Defendant Fallon reserves the right to amend its affirmative defenses, and does not waive any grounds to dismiss the Complaint as set forth in the concurrently filed Motion to Dismiss.

                      **ASSOULINE & BERLOWE, P.A.**
                      213 East Sheridan Street, Ste. 3
                      Dania Beach, FL 33004
                      Telephone: (954) 929-1899
                      Facsimile:  (954) 922-6662

                By: */s/ Greg M. Popowitz*
                     Eric N. Assouline (FBN 106143)
                     ena@assoulineberlowe.com
                     Greg M. Popowitz (FBN: 70313)
                     gmp@assoulineberlowe.com
                     Secondary:  ah@assoulineberlowe.com

                     *Attorneys for Defendant Donald Fallon*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on September 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF as a proposed exhibit to Defendant Fallon's Motion to Set Aside Clerk's Default and Incorporated Memorandum of Law.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                       */s/ Greg M. Popowitz*
                      Greg M. Popowitz, Esq.

## SERVICE LIST

        *Microsoft Corporation v. Your Shop Online LLC, et al.*
        CASE NO.: 0:16-cv-61568-UU

| | |
|---|---|
| Aaron S. Weiss, Esq., FBN: 48813 | Valerie B. Barnhart, Esq., FBN: 88549 |
| Carlton Fields Jorden Burt, P.A. | Kelley Kronenberg, P.A. |
| 100 SE Second Street, Suite 4200 | 8201 Peters Road, Suite 4000 |
| Miami, FL  33131 | Fort Lauderdale, FL  33324 |
| Tel: (305) 530-0050 | Tel: (954) 370-9970 |
| Fax: (305) 530-0055 | Fax: (954) 382-1988 |
| aweiss@carltonfields.com | vbarnhart@kelleykronenberg.com |
| | msuarez@kelleykronenberg.com |
| *Attorneys for Plaintiff Microsoft Corporation* | SHOservice@kelleykronenberg.com |
| | *Attorneys for Defendants Your Shop Online LLC, Sofway USA LLC, and Robert J. Campbell* |

9

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: (954) 929-1899• Facsimile: (954)922-6662